UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 5:18-CR-00332-02** |
| **VERSUS** | **JUDGE HICKS** |
| **GEORGE ALAN HIGHSMITH** | **MAGISTRATE JUDGE HORNSBY** |

MINUTES OF COURT
CHANGE OF PLEA ON INDICTMENT

| Date: | July 23, 2019 | Presiding: | Judge S. Maurice Hicks |
|---|---|---|---|
| Court Opened: | 3:40 PM | Courtroom Deputy: | Denise McDonnell |
| Court Adjourned: | 4:15 PM | Court Reporter: | Marie Runyon |
| Statistical Time: | 00:35 | | |

**APPEARANCES**

| | | |
|---|---|---|
| Brandon B Brown (AUSA) | For | United States of America |
| Verity G Bell (CJA) | For | Defendant |
| George Alan Highsmith | | Defendant in Custody |

**PROCEEDINGS**

__X__ Defendant under oath
__X__ Defendant advised of Rule 11 rights
__X__ Plea of Guilty to Counts 1 and 5 of the Indictment accepted
__X__ Presentence investigation ordered
__X__ Sentencing set for November 6, 2019 at 2:00 PM

The Government filed an executed Rule 11 change of plea package.

The Defendant was remanded to the custody of the US Marshal pending sentencing.